**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Genesis Moss Green** | Social Security number or ITIN    xxx–xx–3636 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ |
| | | EIN    _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    **Middle District of Alabama**

Case number:    **21–30231**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

       Genesis Moss Green
       aka Genesis Moss, aka Genesis Gennesaret Moss

Dated May 26, 2021

*Bess M. Parrish Creswell*
Bess M. Parrish Creswell
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

In re:  Case No. 21-30231-BPC
Genesis Moss Green  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-2     User: admin     Page 1 of 3
Date Rcvd: May 27, 2021     Form ID: 318     Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Genesis Moss Green, 9871 Vaughn Road, Pike Road, AL 36064-2335 |
| aty | + | Hilaire R. Armstrong, Volunteer Lawyers Program, PO Box 671, Montgomery, AL 36101-0671 |
| aty | + | Hilaire Rena Armstrong, Alabama State Bar, PO Box 671, Montgomery, AL 36101-0671 |
| aty | + | Leonard N. Math, Chambless & Math, P.O. Box 230759, Montgomery, AL 36123-0759 |
| 4533444 | + | AD Astra Recovery Services, Re. Speedycash.com, 7330 W 33rd St N Ste 118, Wichita, KS 67205-9370 |
| 4533450 | + | ARS, Re Emergency Services of Montgomery, PO Box 630806, Cincinnati, OH 45263-0806 |
| 4533454 | + | BBVA USA Secured Card, 2009 Beltline Road SW, Decatur, AL 35601-6261 |
| 4533451 | + | Baptist Health- CBO, PO Box 743776, Atlanta, GA 30374-3776 |
| 4533452 | + | Baptist Mail Processing Center, 7037 Old Madison Pike NW Ste 450, Huntsville, AL 35806-2107 |
| 4533453 | + | Baptist Medical Center East, PO Box 241145, Montgomery, AL 36124-1145 |
| 4533455 | + | Bristol Downs, LLC, C/O The Darby Law Firm, LLC, PO Box 3905, Montgomery, AL 36109-0905 |
| 4533456 | + | EBSCO Stone Park LLC, 160 Stone Park Blvd, Pike Road, AL 36064-2981 |
| 4533458 | + | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 4533460 | | Esm Enterprises, Inc., RE: Troy University Montgomery, PO Box 15252, Pensacola, FL 32514 |
| 4533462 | + | Exeter Finance, LLC, 2101 W John Carpenter FWY, Irving, TX 75063-3228 |
| 4533463 | + | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 4533464 | ++ | GUARDIAN CREDIT UNION, 1789 CONGRESSMAN W L DICKNSON DR, MONTGOMERY AL 36109-2601 address filed with court:, Guardian Credit Union, 418 Madison Ave, Montgomery, AL 36109 |
| 4533465 | + | Guardian Protection Services, 174 Thorn Hill Rd, Warrendale, PA 15086-7528 |
| 4533467 | + | Johnny Green, 265 West Wilding Drive, Montgomery, AL 36116-3735 |
| 4533469 | + | Merchant Adjustment Services, 56 North Florida Street, Mobile, AL 36607-3108 |
| 4533470 | + | Montgomery Orthodontic Specialist, 5833 Carmichael Road, Montgomery, AL 36117-2329 |
| 4533473 | + | Premier Anesthesia of Montgomery, PO Box 532926, Atlanta, GA 30353-2926 |
| 4533474 | + | Pro Impact Physical Therapy, PO Box 242903, Montgomery, AL 36124-2903 |
| 4533475 | + | Southern Imaging Specialist, 465 St. Luke's Drive, Montgomery, AL 36117-7107 |
| 4533476 | + | Southern Orthopaedic Surgeons, LLC, 454 Taylor Road, Montgomery, AL 36117-3563 |
| 4533478 | | Transunion, Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |
| 4533479 | + | US Department of Edu, 2401 International, POB 7859, Madison, WI 53707-7859 |
| 4533480 | + | US Department of Education, PO Box 7860, Madison, WI 53707-7860 |
| 4533481 | + | US Department of Education, PO Box 790321, Saint Louis, MO 63179-0321 |
| 4533487 | + | WOW Cable, 770 N. Eastern Blvd, Montgomery, AL 36117-8619 |
| 4533489 | + | Wow!, PO Box 70999, Charlotte, NC 28272-0999 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QCBWILKINS.COM | May 28 2021 00:13:00 | Carly B Wilkins, Carly B. Wilkins, P.C, 560 South McDonough Street, Suite A, Montgomery, AL 36104-4605 |
| cr | + | EDI: AISACG.COM | May 28 2021 00:13:00 | Wollemi Acquisitions, LLC c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4535864 | + | Email/Text: G2APCBANK@southernco.com | May 27 2021 20:18:00 | ALABAMA POWER COMPANY, ATTN: |

| | | | | |
|---|---|---|---|---|
| | | | | BARBARA J RICE, 600 NORTH 18TH STREET, BOX 17N-0043, BIRMINGHAM, AL 35203-2200 |
| 4533445 | + | Email/Text: G2APCBANK@southernco.com | May 27 2021 20:18:00 | Alabama Power, 600 N 18th Street, Birmingham, AL 35203-2200 |
| 4533446 | + | Email/Text: G2APCBANK@southernco.com | May 27 2021 20:18:00 | Alabama Power, PO Box 242, Birmingham, AL 35292-0001 |
| 4533447 | + | Email/Text: G2APCBANK@southernco.com | May 27 2021 20:18:00 | Alabama Power Company, 200 Dexter Ave, Montgomery, AL 36104-3739 |
| 4533449 | + | Email/Text: jbeshears@mstpf.com | May 27 2021 20:19:00 | Approved Cash Advance, 5883 Atlanta Highway, Montgomery, AL 36117-2103 |
| 4533459 | + | Email/Text: bknotices@checkassistflorida.com | May 27 2021 20:19:00 | ESM ENT/ CHECK ASSIST, PO Box 11128, Pensacola, FL 32524-1128 |
| 4533457 | + | Email/Text: bknotice@ercbpo.com | May 27 2021 20:19:00 | Enhanced Recovery Company, PO Box 57547, Jacksonville, FL 32241-7547 |
| 4533461 | + | Email/PDF: ais.exeter.ebn@americaninfosource.com | May 27 2021 21:21:53 | Exeter Finance, PO Box 166097, Irving, TX 75016-6097 |
| 4533466 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | May 27 2021 20:19:00 | Hunter Warfield Inc., RE: Legacy At Festival, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |
| 4533468 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2021 21:21:54 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4533471 | | Email/Text: bankruptcy@nationalcreditsystems.com | May 27 2021 20:18:00 | National Credit System, PO Box 312125, Atlanta, GA 31131 |
| 4533472 | | EDI: PRA.COM | May 28 2021 00:13:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 4533477 | + | Email/Text: bankruptcy@spireenergy.com | May 27 2021 20:19:00 | Spire Energy, PO Box 2224, Birmingham, AL 35246-0001 |
| 4533448 | | Email/Text: bankruptcy@tritonmgt.com | May 27 2021 20:19:00 | Always Money, 2851 E South Blvd Ste A, Montgomery, AL 36116 |
| 4533483 | | Email/Text: exceptionreview@vivint.com | May 27 2021 20:18:00 | Vivint Inc, 62992 Collection Drive, Chicago, IL 60693 |
| 4533482 | + | EDI: VERIZONCOMB.COM | May 28 2021 00:13:00 | Verizon Wireless/Southeast, PO Box 650051, Dallas, TX 75265-0051 |
| 4533484 | | Email/Text: bankruptcytn@wakeassoc.com | May 27 2021 20:18:00 | Wakefield and Associates, PO Box 50250, Knoxville, TN 37950 |
| 4533488 | + | Email/Text: wow.bankruptcy@wowinc.com | May 27 2021 20:19:00 | WOW Cable, PO Box 4350, Carol Stream, IL 60197-4350 |
| 4533485 | + | Email/Text: dchastain@wwjclaw.com | May 27 2021 20:19:00 | Winston Winston Jenkins & Chastain, 1800 12th Ave So, Birmingham, AL 35205-4812 |
| 4533486 | + | EDI: AISACG.COM | May 28 2021 00:13:00 | Wollemi Acquisitions, LLC, PO Box 4138, Houston, TX 77210-4138 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2021   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Carly B Wilkins | cwilkins@cbwlegal.com kesco@cbwlegal.com;cwilkins@ecf.axosfs.com |
| Hilaire R. Armstrong | on behalf of Debtor Genesis Moss Green hilaire.armstrong@alabar.org |
| Hilaire Rena Armstrong | on behalf of Debtor Genesis Moss Green hilaire.armstrong@alabar.org |
| Leonard N. Math | on behalf of Creditor THE HEALTH CARE AUTHORITY FOR BAPTIST H EALTH  An Afilliate of UAB HEALTH SYSTEM noticesmd@chambless-math.com |

TOTAL: 5